**RICHARD CARDINALE**

ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

July 19, 2012

The Honorable Viktor V. Pohorelsky
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:   *Wilkinson and Williams v. City of New York,* 11 CV 2448 (ERK) (VVP)

Your Honor:

      We represent the plaintiffs. We write to inform the Court that the parties have reached a settlement agreement. We will submit a stipulation and order of settlement and dismissal to Judge Korman as soon as it has been drafted and signed by the parties.

      Respectfully,

      */s/*

      Richard Cardinale
      Izabel Olszowa Garcia

Copy: Brian Farrar