UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

TRICIA WILKINSON & GREGORY WILLIAMS,

                                   Plaintiffs,

-against-

THE CITY OF NEW YORK, SERGEANT WALTER
A. ROBERTS, shield # 3340, POLICE OFFICER
ALBERT ROMANO, shield # 22490, DETECTIVE
NICHOLAS MASSAB, shield # 3936, DETECTIVE
BRIAN DALY, shield # 6804, DETECTIVE PETER
WHALEN, shield # 4520, DETECTIVE LUIS
FERNANDEZ, shield # 7472, JOHN DOES 1-5,

                                   Defendants.
------------------------------------------------------------ X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

CV 11 2448 (ERK) (VVP)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 02 2012 ★
BROOKLYN OFFICE

        **WHEREAS,** plaintiffs Tricia Wilkinson and Gregory Williams commenced this action by filing a complaint on or about May 20, 2011, alleging violations of their federal civil and state common law rights; and

        **WHEREAS,** defendants City of New York, Walter Roberts, Albert Romano, Nicholas Massab, Brian Daly, Peter Whalen and Luis Fernandez, have denied any and all liability arising out of plaintiffs' allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against defendants City of New York, Walter Roberts, Albert Romano, Nicholas Massab, Brian Daly, Peter Whalen and Luis Fernandez, with prejudice, and without costs, expenses, or attorney's fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff Tricia Wilkinson the sum of **SEVEN THOUSAND FIVE DOLLARS ($7,500.00)**, and plaintiff Gregory Williams the sum of **TWENTY TWO THOUSAND FIVE DOLLARS ($22,500.00)**, in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiffs agree to the dismissal of all the claims against defendants City of New York, Walter Roberts, Albert Romano, Nicholas Massab, Brian Daly, Peter Whalen and Luis Fernandez, and to release all defendants and any present or former employees and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3. Other than as set forth in Paragraph 2 above, plaintiffs Wilkinson and Williams, and their counsel, or any party in privity with any of them, shall have no recovery for any damages, injury, equitable or other relief, or fees or costs in connection herewith.

4. Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, Plaintiffs shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional

payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

       5.    Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

       6.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

       7.    Plaintiffs agree to hold harmless the City of New York regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendant City reserves the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

8. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: Brooklyn, New York
July 26, 2012

Richard J. Cardinale, Esq.
Izabel O. Garcia, Esq.
*Attorneys for plaintiffs*
26 Court Street, Suite 1815
Brooklyn, New York 11242

By: _____
Richard J. Cardinale, Esq.
Izabel O. Garcia, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Albert Romano, Walter Roberts, Nicholas Massab, Brian Daly, Peter Whalen and Luis Fernandez*
100 Church Street, Rm. 3-203b
New York, New York 10007
(212) 341-0797

By: _____
Brian J. Farrar
Assistant Corporation Counsel

SO ORDERED:

s/Edward R. Korman
_____
HON. EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
Aug 2, 2012

4